UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-cv-10966-PBS

Stephen F. Cass

                      Plaintiff

v.

ROBERT IRVING, PATRICK SWANICK,
SHANE BOWLES, LEISHA SIMON, REID
LYONS, AND ELLEN GRIECO,

                      Defendants

**CONSENT JOINT-MOTION FOR AN EXTENSION TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

      Pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure *Pro Se* Plaintiff Stephen F. Cass respectfully submits the following unopposed request for a 12-day extension to respond to the Defendants' Motion to Dismiss. As grounds, I state the following:

      As evidence of 'good cause' to extend the time, I will be moving from my home on Friday, June 25, 2021 which has taken up a great deal of my time. I am also responding to Summary Judgment in another legal action next week in which I am a pro se defendant.

      The request for extension was subsequently consented to by counsel for the defendants, Adam Simms on June 23, 2021. On June 25, 2021, Mr. Simms stated that he consented to me signing this document on his behalf.

      I respectfully request this Court to Grant this Motion and provide me the uncontested extension.

                                        Respectfully submitted,
                                        *Pro Se* Plaintiff,

*[signature]*
STEPHEN CASS
PO BOX 2723
Orleans, MA 02653
stephenfcass@yahoo.com
339.368.2961

June 25, 2021

*[signature]*
P.P
Stephen Cass on behalf of Adam Simms, Attorney for the Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned pro se plaintiff hereby certifies, pursuant to Local Rule 7.1(A)(2), that on June 23, 2021, I conferred in good faith with Adam Simms, attorney for the defendants, in an effort to resolve issues related to Plaintiff's Motion for an Extension to Respond to Motion to Dismiss.

Respectfully submitted,

*[signature]*
-------------------------------------
STEPHEN CASS

## CERTIFICATE OF SERVICE

I, Stephen F. Cass, hereby certify that on this date, June 25, 2021, that I delivered a true and accurate copy of this document by email to the Defendants attorney Adam Simms.

*[signature]*
-------------------------------------
STEPHEN CASS