UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1 :21-cv-10966-PBS

Stephen F. Cass

                Plaintiff

v.

ROBERT IRVING, PATRICK SWANICK, SHANE BOWLES, LEISHA SIMON, REID LYONS, AND ELLEN GRIECO,

                Defendants

**MOTION FOR AN EXTENSION TO
RESPOND TO THE COURT'S REPORT AND RECOMMENDATION**

Pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure *Pro Se* Plaintiff Stephen F. Cass respectfully submits the following request for a 11-day extension to file his written objection to the Court's Report and Recommendation (R&R) dated January 10, 2022 on Defendant's Motion to Dismiss. Counsel have advised that their clients "take no position" on this Motion. As grounds, I state the following:

1. Since I am pro se plaintiff, I did not receive the R&R by mail until January 13, 2022, three days after the date on the R&R.

2. As I am handling this matter pro se, it will take me considerably more time than an experienced attorney to research and respond to the R&R.

3. I have two R&R's in which to respond, both due on January 24, 2022. I need the extended time in order to complete both objections.

4. I have another legal matter pending in Barnstable (MA) Superior Court whose deadline comes before this one.

As stated above in regard to the request for extension, on January 18, 2022 counsel for the defendants, Adam Simms, stated he "takes no position" on the matter. On January 18, 2022, Attorney Simms consented to me signing this document on their behalf.

I respectfully request this Court to Grant this Motion and provide me the extension.

Respectfully submitted,
*Pro Se* Plaintiff,

_____
STEPHEN CASS

PO BOX 2723
Orleans, MA 02653
stephenfcass@yahoo.com
339.368.2961

January 18, 2022

P.P  _____
Stephen Cass on behalf of Adam Simms, Attorney for the Defendants

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned pro se plaintiff hereby certifies, pursuant to Local Rule 7.l(A)(2), that on January 18, 2022, I conferred in good faith with Adam Simms, attorney for the defendants, in an effort to resolve issues related to Plaintiff's Motion for an Extension to Respond to the R&R

Respectfully submitted,

------------------------------------------------------------
STEPHEN CASS

### CERTIFICATE OF SERVICE

I, Stephen F. Cass, hereby certify that on this date, January 18, 2022, that I delivered a true and accurate copy of this document by email to the Defendants attorney Adam Simms.

------------------------------------------------------------
STEPHEN CASS